IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARY G., )
 )
      Plaintiff, )
  v. ) 1:23CV23
 )
MARTIN J. O'MALLEY, )
Commissioner of )
Social Security, )
 )
 )
      Defendant. )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the final decision of the Commissioner is upheld and this action is **DISMISSED WITH PREJUDICE**.

                                                /s/ Joe L. Webster
                                               United States Magistrate Judge

January 17, 2024
Durham, North Carolina